IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-5459 MEJ |
| Plaintiff, | ORDER ADOPTING PARTIES' JOINT CASE MANAGEMENT STATEMENT |
| vs. | |
| 1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND | |
| 2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY | |
| Defendants. | |
| _____/ | |

The Court hereby adopts the parties current case management statement as its Case management order, and sets a case management conference for 10:00 a.m, April 24, 2008, in courtroom B., 450 Golden Gate Avenue, San Francisco California. Pursuant to Judge James' standing order regarding case management, the parties shall file a joint case management statement and submit a hard copy to Judge James' by April 17, 2008. This statement shall include any developments and dates which need to be addressed at the April 24, settlement conference and were

not set forth in the joint statement filed on January 24, 2008.

The case management conference originally set for January 31, 2008 is hereby vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2008

MARIA-ELENA JAMES
United States Magistrate Judge