**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

1. APROXIMATELY $52,000 IN UNITED
STATES CURRENCY, AND,

2. APPROXIMATELY $39,000 IN UNITED
STATES CURRENCY,

               Defendants.

_____/

No. C-07-5459 MEJ

ORDER SETTING A STATUS
CONFERENCE RE: MEET AND CONFER

     The Court is in receipt of Plaintiff's STATEMENT OF DAVID COUNTRYMAN RE:

FAILURE TO MEET AND CONFER and hereby sets a hearing regarding the parties inability to

meet, confer, and draft a joint letter regarding their discovery dispute. This hearing shall take place

on Thursday, July 31, 2008, at 10:00 a.m., in Courtroom B. 450 Golden Gate Avenue, San

Francisco, California.

     **IT IS SO ORDERED.**

Dated: July 28, 2008

                                      _____
                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge