IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. C-07-5459 MEJ |
| Plaintiff, | ORDER AMENDING SCHEDULING ORDER (DOCKET # 32); |
| vs. | |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | |
| Defendants | |

In the Court's August 7, 2008 order (Docket # 32), the Court named Lance Dunmore as the Claimant moving the Court for a Motion to Suppress. The was an error. It is actually claimant Ustano McVey who has moved the Court for a motion to suppress and not claimant Lance Dunmore. The Court hereby amends its August 7, 2008 order to reflect that fact.

**IT IS SO ORDERED.**

Dated: August 8, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28