IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff ,<br><br>  vs.<br><br>APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al.,<br><br>       Defendants<br>_____/ | Case No. C-07-5459 MEJ<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 30, 2008. |

The Court is scheduled to hear claimant Ustano McVey's Motion to Suppress on October 14, 2008. Accordingly, the Court hereby continues the case management conference, originally scheduled for August 21, 2008, to October 30, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. Parties are to file their joint case management statement by October 23, 2008 and lodge a copy with the Judge James' chambers no later than October 24, 2008.

**IT IS SO ORDERED.**

Dated: August 20, 2008

MARIA-ELENA JAMES
United States Magistrate Judge