**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,                    Case No. C 07-5459 MEJ

11              Plaintiff,                         ORDER CONTINUING CASE
                                                   MANAGEMENT CONFERENCE
12        vs.

13    APPROXIMATELY $52,000, et al.,

14              Defendants

15    _____/

16

17

18        The Court is in receipt of the parties' Joint Case Management Statement (Docket # 47). Good

19    cause showing, the Court hereby continues the case management conference originally set for

20    October 30, 2008, to February 26, 2009.

21        **IT IS SO ORDERED.**

22

23
      Dated: October 27, 2008                      _____
24                                                 MARIA-ELENA JAMES
                                                   United States Magistrate Judge
25

26

27

28