IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5459 MEJ |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Case Management Statement, filed February 23, 2009. Upon review of the parties' statement, the Court hereby VACATES the February 26, 2009 Case Management Conference. The Court shall schedule a further case management conference after resolution of the pending motion to suppress.

**IT IS SO ORDERED.**

Dated: February 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge