IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5459 MEJ |
| Plaintiff(s), | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | |
| Defendant(s). | |

On April 10, 2009, the Court denied Defendant Ustano McVey's Motion to Suppress. (Dkt. #53.) Accordingly, the Court shall conduct a case management conference on May 28, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by May 21, 2009.

**IT IS SO ORDERED.**

Dated: April 15, 2009

MARIA-ELENA JAMES
United States Magistrate Judge