IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al.,<br><br>    Defendant(s). | No. C 07-5459 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Statement, filed May 21, 2009. Good cause appearing, the Court hereby CONTINUES the case management conference to September 24, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by September 17, 2009.

    **IT IS SO ORDERED.**

Dated: May 22, 2009

                                                      MARIA-ELENA JAMES
                                                      United States Magistrate Judge