# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| USA<br><br>                Plaintiff(s),<br>  v.<br>APPROXIMATELY $52,000 IN UNITED STATES CURRENCY<br><br>                Defendant(s).<br>_____/ | No. C 07-05459 MEJ<br><br>**ORDER DIRECTING CLAIMANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On July 29, 2009, Claimant Ustano McVey electronically filed his motion for summary judgment. (Dkt. #59.) However, McVey has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. McVey is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits appropriate tab dividers if necessary**, of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: August 3, 2009

                                                      _____<br>
                                                      Maria-Elena James<br>
                                                      Chief United States Magistrate Judge