JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7303
    Facsimile: (415) 436-7234
    email:    david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> ) <br> ) <br> 1.  APPROXIMATELY $52,000 IN UNITED ) <br> STATES CURRENCY, AND ) <br> ) <br> 2. APPROXIMATELY $39,000 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>            Defendants. ) <br> _____) <br> ) <br> USTANO K. MCVEY, ) <br> ) <br>            Claimant. ) <br> _____) | No.  C 07-5459 MEJ <br><br> STIPULATION TO CONTINUE CLAIMANT"S MOTION FOR SUMMARY JUDGMENT AND CLAIMANT'S DEPOSITION |

Due to the unavailibility of counsel for both parties, IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Ustano McVey, through undersigned counsel, that the hearing on claimant's motion for summary judgment, currently scheduled for September 3, 2009, be continued until October 22, 2009, or the earliest available date thereafter, with the deadlines for opposition and reply briefing due based upon the continued date of the hearing.

The parties further STIPULATE that plaintiff's deposition of claimant Ustano McVey, currently scheduled for September 8, 2009, be continued to a date five days after the hearing on the motion for summary judgment.

The parties agree that this stipulation does not preclude plaintiff from moving to continue the hearing on claimant's motion for summary judgment until after the deposition of claimant Ustano McVey, pursuant to Federal Rule of Civil Procedure 56(f).

IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                         United States Attorney


Dated: August 5, 2009                   /S/
                                         DAVID COUNTRYMAN
                                         Assistant United States Attorney



Dated: August 5, 2009                   /S/
                                         DAVID M. MICHAEL
                                         Attorney for Claimant USTANO McVEY



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA