# UNITED STATES DISTRICT COURT
## Northern District of California

USA,

            Plaintiff(s),             No. C 07-05459 MEJ

  v.

                                   **ORDER VACATING CMC**

APPROXIMATELY $52,000 IN UNITED STATES CURRENCY,

            Defendant(s).

_____/

The Court is in receipt of the parties' Joint Case Management Statement. Upon review of the parties' statement, and given the parties' pending motions, the Court finds a case management conference unnecessary at this time and hereby VACATES the September 24, 2009 Case Management Conference.

**IT IS SO ORDERED.**

Dated: September 17, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge