1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7303
7      Facsimile: (415) 436-7234
       email:      david.countryman@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )        No.  C 07-5459 SBA
                                           )
14                  Plaintiff,             )
                                           )
15            v.                           )        SETTLEMENT AGREEMENT
                                           )        BETWEEN THE UNITED STATES
16                                         )        AND LANCE DUNMORE
                                           )
17  1. APPROXIMATELY $52,000 IN UNITED     )
    STATES CURRENCY, AND                   )
18                                         )
    2. APPROXIMATELY $39,000 IN UNITED     )
19  STATES CURRENCY,                       )
                                           )
20                                         )
                    Defendants.            )
21  _____)

22

23        The parties stipulate and agree as follows:

24       1. Plaintiff is the United States of America ("United States"). Defendant is approximately

25  $52,000 in United States Currency ("defendant currency"). After proper notification and

26  publication was given, the only person who filed a timely Claim for defendant $52,000 is

27  claimant Lance Dunmore ("claimant"). As a result, only claimant has a right to claim the

28  defendant $52,000. The United States and claimant are hereafter referred to as the "parties" in

Settlement Agreement
C 07-5459 SBA
                                                                                    1

1 this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2     2. The parties agree that the resolution of the lawsuit is based solely on the terms stated in

3 this Settlement Agreement. It is expressly understood that this Agreement has been freely and

4 voluntarily entered into by the parties. The parties further agree that there are no express or

5 implied terms or conditions of settlement, whether oral or written, other than those set forth in

6 this Agreement. This Agreement shall not be modified or supplemented except in writing signed

7 by the parties. The parties have entered into this Agreement in lieu of continued protracted

8 litigation and District Court adjudication.

9     3. The parties further agree that this Settlement Agreement does not constitute precedent on

10 any legal issue for any purpose whatsoever, including all administrative proceedings and any

11 lawsuits.

12     4. This settlement is a compromise over disputed issues and does not constitute any

13 admission of wrongdoing or liability by any party.

14     5.     The parties have agreed that the United States will return $13,000 of the defendant

15 currency (and all interest accrued thereon, subject to any delinquent debts owed to any federal or

16 state agencies) to claimant. The return of $13,000 shall be in full settlement and satisfaction of

17 any and all claims by claimant, his heirs, representatives and assignees to the defendant currency.

18 Claimant, his heirs, representatives and assignees, shall hold harmless the United States, any and

19 all agents, officers, representatives and employees of same, including all federal, state and local

20 enforcement officers, for any and all acts directly or indirectly related to the seizure of defendant

21 currency and the facts alleged in the Complaint for Forfeiture filed on or about October 26, 2007

22     6.     Claimant agrees that sufficient evidence exists to establish forfeiture of the remainder

23 of the defendant currency ($39,000 plus all interest accrued thereon), pursuant to Title 21, United

24 States Code, Section 881(a)(6), and consents to the forfeiture of the remainder of the defendant

25 currency to the United States without further notice to her. Claimant further relinquishes all

26 right, title and interest in the remainder of the defendant currency, and agrees that said property

27 shall be forfeited to the United States and disposed of according to law by the United States.

28     7.     The United States and claimant agree that each party shall pay its own attorneys'

Settlement Agreement
C 07-5459 SBA

fees and costs.

8. Based on the foregoing Settlement Agreement between the United States, claimant, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11/26/09

DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 11/11/09

FRANCISCO KARWASH, ESQ.
Attorney for Claimant Lance Dunmore

Dated: 11/11/09

LANCE DUNMORE
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 22 DAY OF DECEMBER, 2009

HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge

Settlement Agreement
C 07-5459 SBA

3