# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff(s),<br>　v.<br>APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, ET AL<br><br>　　　　　Defendant(s).<br>_____/ | No. C 07-05459 MEJ<br><br>**NOTICE OF REASSIGNMENT**<br><br>**ORDER SCHEDULING CMC** |

　　　This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

　　　The Court shall conduct a case management conference on February 25, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement by February 18, 2010.

**IT IS SO ORDERED.**

Dated: January 25, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge