# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. C 07-05459 MEJ |
| v. | **ORDER VACATING CMC** |
| APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, et al., | **ORDER OF REFERENCE** |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Case Management Statement, filed February 18, 2010. (Dkt. #92.) Good cause appearing, the Court hereby VACATES the February 25, 2010 Case Management Conference. As requested, the Court hereby REFERS this matter to another magistrate judge to conduct a settlement conference. The parties shall file a joint status report within 14 days of completion of the settlement process.

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge