JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7303
Facsimile: (415) 436-7234
email:    david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. APPROXIMATELY $52,000 IN UNITED STATES CURRENCY, AND<br><br>2. APPROXIMATELY $39,000 IN UNITED STATES CURRENCY,<br><br>Defendants. | No. C 07-5459 MEJ<br><br>[PROPOSED] JUDGMENT OF FORFEITURE |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this ___April 8th___ day of, __2010__,

ORDERED, ADJUDGED AND DECREED that $31,200 of the defendant $39,000 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED. The Clerk of Court shall close the file.

_____
HONORABLE MARIA ELENA JAMES
United States District Judge

Judgment of Forfeiture
C 07-5459 MEJ